STEPHANIE L. QUINN (SBN 216655)
MARIEL COVARRUBIAS (SBN 274784)
MURPHY, CAMPBELL, ALLISTON & QUINN
8801 Folsom Boulevard, Suite 230
Sacramento, CA  95826
Tel:  (916) 400-2300
Fax:  (661) 400-2311
squinn@murphycampbell.com
mcovarrubias@murphycampbell.com

Attorneys for Defendant, BNSF RAILWAY COMPANY

IN AND FOR THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL DELGADO,<br><br>　　　　Plaintiff,<br><br>　vs<br><br>BNSF RAILWAY COMPANY,<br><br>　　　　Defendant. | Case No. 2:19-cv-00585-KJM-DB<br><br>STIPULATION AND ORDER REGARDING DISMISSAL OF CUMULATIVE TRAUMA DISORDER CLAIM<br><br>Judge:  Kimberly J. Mueller |

　　　IT IS HEREBY STIPULATED by and between the parties in the above-captioned matter, Plaintiff MANUEL DELGADO and Defendant BNSF RAILWAY COMPANY ("BNSF"), (collectively, "the Parties"), by and through their respective counsel of record, as follows:

1. Plaintiff MANUEL DELGADO hereby waives and dismisses his claim for the Additional Cause of Action for Cumulative Trauma Disorder against BNSF as alleged in his operative complaint dated April 3, 2019 with prejudice.

STIPULATION AND ORDER REGARDING DISMISSAL OF CUMULATIVE TRAUMA DISORDER CLAIM

2. Plaintiff MANUEL DELGADO hereby stipulates that he will not make any argument or present any evidence at trial regarding any alleged Cumulative Trauma Disorder suffered as a result of his employment with Defendant BNSF as he is hereby dismissing this claim with prejudice. However, Plaintiff reserves the right to present evidence of earlier injuries to his knees to support a "pre-existing condition" or "unusually susceptible" to reinjury argument and jury instruction. Plaintiff agrees that neither the argument of "cumulative trauma" nor a claim of "cumulative trauma" will be made or advanced by Plaintiff.

3. Defendant BNSF reserves the right to argue that Plaintiff is not an "eggshell plaintiff".

4. Defendant BNSF is not moving to dispose of the cumulative trauma claim via a motion for summary judgment based on this stipulation.

IT IS SO STIPULATED.

Dated: March 17, 2020　　　　　　　　GANONG LAW

　　　　　　　　　　　　　　　　　　　　 /s/   Philip W. Ganong
　　　　　　　　　　　　　　　　　　　PHILIP W. GANONG
　　　　　　　　　　　　　　　　　　　Attorney for the Plaintiff

Dated: March 19, 2020　　　　　　　　MURPHY, CAMPBELL, ALLISTON & QUINN

　　　　　　　　　　　　　　　　　　　　　　 /s/ Stephanie L. Quinn
　　　　　　　　　　　　　　　　　　　Stephanie L. Quinn
　　　　　　　　　　　　　　　　　　　Mariel Covarrubias
　　　　　　　　　　　　　　　　　　　Attorneys for Defendant BNSF RAILWAY COMPANY
　　　　　　　　　　　　　　　　　　　*squinn@murphycampbell.com*
　　　　　　　　　　　　　　　　　　　*mcovarrubias@murphycampbell.com*

STIPULATION AND ORDER REGARDING DISMISSAL OF CUMULATIVE TRAUMA DISORDER CLAIM

## ORDER

Pursuant to the stipulation of the parties hereto and good cause appearing therefore, IT IS HEREBY ORDERED that Plaintiff's claim against BNSF for Cumulative Trauma Disorder is hereby dismissed with prejudice.

DATED: March 24, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE