STEPHANIE L. QUINN (SBN 216655)
MARIEL COVARRUBIAS (SBN 274784)
MURPHY, CAMPBELL, ALLISTON & QUINN
8801 Folsom Boulevard, Suite 230
Sacramento, CA 95826
Tel: (916) 400-2300
Fax: (661) 400-2311
squinn@murphycampbell.com
mcovarrubias@murphycampbell.com

Attorneys for Defendant, BNSF RAILWAY COMPANY

IN AND FOR THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL DELGADO,<br><br>    Plaintiff,<br><br>vs<br><br>BNSF RAILWAY COMPANY,<br><br>    Defendant. | Case No. 2:19-cv-00585-KJM-DB<br><br>STIPULATION AND ORDER TO AMEND ANSWER OF DEFENDANT BNSF RAILWAY COMPANY TO PLAINTIFF'S COMPLAINT FOR DAMAGES<br><br>Judge: Kimberly J. Mueller |

IT IS HEREBY STIPULATED by and between the parties in the above-captioned matter, Plaintiff MANUEL DELGADO and Defendant BNSF RAILWAY COMPANY ("BNSF"), (collectively, "the Parties"), by and through their respective counsel of record, as follows:

1. During the course of discovery in this case, BNSF located a claim file related to a personal injury claimed by Plaintiff in 2007 during the course of his employment with BNSF. The claim file that was located included a release of claims signed by Plaintiff on April 14, 2009.

2. BNSF wishes to amend its Answer to add an affirmative defense based on this release.

3. Pursuant to Rule 15 of the Federal Rules of Civil Procedure, leave to amend "shall be freely given when justice so requires." (FRCP 15; *Coleman v. Quaker Oats Co.*, 232 F.3d 1271, 1294 (9th Cir. 2000).) Amendments may be made either with the opposing party's written consent or with leave of the court.

4. Plaintiff hereby consents to BNSF filing the Amended Answer which is attached here as Exhibit 1, which adds a Twenty-Third Affirmative Defense.

IT IS SO STIPULATED.

Dated: March 18, 2020          GANONG LAW

   /s/ Philip W. Ganong
PHILIP W. GANONG
Attorney for the Plaintiff

Dated: March 19, 2020          MURPHY, CAMPBELL, ALLISTON & QUINN

   /s/ Stephanie L. Quinn
Stephanie L. Quinn
Mariel Covarrubias
Attorneys for Defendant BNSF RAILWAY COMPANY
*squinn@murphycampbell.com*
*mcovarrubias@murphycampbell.com*

# ORDER

Pursuant to the stipulation of the parties hereto and good cause appearing therefore, IT IS HEREBY ORDERED that Defendant BNSF may file the proposed amended answer to Plaintiff's Complaint for Damages which is attached as Exhibit 1.

DATED: March 25, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE