STEPHANIE L. QUINN (SBN 216655)
MARIEL COVARRUBIAS (SBN 274122)
**MURPHY, CAMPBELL, ALLISTON & QUINN**
8801 Folsom Boulevard, Suite 230
Sacramento, CA 95826
Telephone:    (916) 400-2300
Facsimile:     (916) 400-2311
squinn@murphycampbell.com
mcovarrubias@murphycampbell.com

Attorneys for Defendant
UNION PACIFIC RAILROAD COMPANY


PHILIP W GANONG (SBN 88414)
GANONG LAW OFFICE
930 Truxtun Avenue, Suite 102
Bakersfield, CA 93301
Tel: (661) 327-3337
Fax: (661) 327-3395
Email: phil@ganonglaw.com

Attorney for Plaintiff, MANUEL DELGADO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL DELGADO,<br><br>                Plaintiff,<br><br>        vs.<br><br>BNSF RAILWAY COMPANY,<br><br>                Defendant. | Case No. 2:19-cv-00585-KJM-DB<br><br>Assigned to Hon. Kimberly J. Mueller<br><br>**ORDER ON STIPULATION OF PARTIES TO MODIFY SCHEDULING ORDER**<br><br>**Trial Date:  N/A** |

        Pursuant to Stipulation of Counsel and good cause being shown,

        IT IS HEREBY ORDERED that:

        The deadline for initial designation of expert witnesses currently set for June 9, 2020 is continued until September 9, 2020.

The deadline for the disclosure of rebuttal expert witnesses currently set for July 10, 2020 is continued until October 16, 2020.

The discovery cut-off currently set for September 8, 2020 is continued until December 8, 2020.

The Dispositive Motion Hearing Cut-off currently set for September 18, 2020 is continued until December 11, 2020.

IT IS SO ORDERED.

DATED:  April 17, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE

**ORDER ON STIPULATION OF PARTIES TO MODIFY SCHEDULING ORDER**